# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF AUTOMOTIVE AFTERMARKET DISTRIBUTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HECTOR DANNY SUAREZ d/b/a Parts Plus, <br><br> Defendant. | Case No. EDCV 14-2070 JGB (SPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiff and against Defendant.

A permanent injunction is entered against Defendant Hector Danny Suarez d/b/a Parts Plus, enjoining him from:

    a. Directly or indirectly using the PARTS PLUS words/marks (registered with the United States Patent and Trademark Office under Numbers 1,151,983 and 1,760,936 and show in in Exhibits

1      A and B of the First Amended Complaint) or any
2      other word(s) or design(s) confusingly similar
3      to Plaintiff's PARTS PLUS marks for, or in
4      connection with, the marketing and sale of
5      services or goods, or in connection with the
6      automotive repair or supply business or any
7      business similar to or related to the services,
8      goods, or business of Plaintiff;
9   b. Directly or indirectly manufacturing,
10     purchasing, producing, distributing,
11     circulating, selling, offering for sale,
12     importing, exporting, advertising, promoting,
13     displaying, shipping, or marketing of products
14     or services which bear trademarks identical,
15     substantially similar, and/or confusingly
16     similar to the PARTS PLUS words/marks
17     (registered with the United States Patent and
18     Trademark Office under Numbers 1,151,983 and
19     1,760,936 and show in in Exhibits A and B of
20     the First Amended Complaint); and
21  c. Directly or indirectly doing any act or thing
22     calculated to, or likely to, induce the belief
23     that its services or goods are connected with,
24     licensed by, or in any way approved by
25     Plaintiff, or in any way affiliated with the
26     business, services, or goods of Plaintiff.
27
28

1  The Court orders that such judgment shall be entered
2  against Defendant Hector Danny Suarez.  This judgment
3  may be amended by the Court to include an award of
4  attorneys' fees and costs.

Dated: August 5, 2015

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge